**CRIMINAL CAUSE FOR STATUS:**

BEFORE ROSS, J.        APR. 27, 2021        TIME: 2:00pm

CR-18-603

DEFT NAME: Mohamed Tahlil Mohamed        #
___ present    x not present    x cust.    ___ bail

DEFENSE COUNSEL: Jonathan Marvinny & Sabrina Shroff
___ present    ___ not present    ___ CJA    ___ RET.    X LAS

DEFT NAME: Abdi Yusuf Hassan        #
___ present    x not present    x cust.    ___ bail

DEFENSE COUNSEL: James Kousouros
___ present    ___ not present    ___ CJA    x RET.    ___ LAS

DEFT NAME:        #
___ present    ___ not present    ___ cust.    ___ bail

DEFENSE COUNSEL:
___ present    ___ not present    ___ CJA    ___ RET.    ___ LAS

DEFT NAME:        #
___ present    ___ not present    ___ cust.    ___ bail

DEFENSE COUNSEL:
___ present    ___ not present    ___ CJA    ___ RET.    ___ LAS

A.U.S.A.: David William Denton, Jr.        CLERK: DEL
REPORTER: A. Barnas        OTHER:
INT:    (LANG.-        )

✓ CASE CALLED.    ___ DEFT(S) _____ APPEAR WITH COUNSEL.
___ DEFT(S) _____ APPEAR WITHOUT COUNSEL.
✓ COUNSEL PRESENT WITHOUT DEFT(S) _____.
___ STATUS CONF/HRG FOR DEFT(S) _____ ADJ'D TO _____.
___ STATUS CONF/HRG FOR DEFT(S) _____ HELD.

___ **SPEEDY TRIAL** INFO FOR DEFT(S) _____
CODE TYPE _____    START _____    STOP _____
___ ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO _____.
___ FURTHER STATUS CONF/HRG SET FOR _____.

**OTHER:**