CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.    NOV.12,2024    Time: 3:00pm

CR-18-603            DEFT NUMBER: ____

DEFT NAME: **Abdi Yusef Hassan**

✓ present    ___ not present    x cust.    ___ bail

DEFENSE COUNSEL: **James Kousouros & ~~Evan Lipton~~**

✓ present    ___ not present    ___ CJA    x RET.    ___ LAS

A.U.S.A.: **Samuel Adels**berg    CLERK: D. LaSalle

Reporter: Sophie Nolan    PO: Erica Vest

INT: (LANG.-Somalian) Hassan Abdi

XXX CASE CALLED.    ___ SENTENCING ADJ'D TO _____.

X SENTENCING HELD.    x STATEMENTS OF DEFT AND COUNSEL HEARD.

x DEFT SENTENCED ON COUNT 1,2,3,4,5,6 & 7 OF THE (Superseding) /Indictment/ Information.

Defendant is sentenced to 360 months incarceration to be followed by 1 day supervised release; a special assessment of $700 is imposed.

REMAINING OPEN COUNTS ARE DISMISSED ON ✓ GOVTS MOTION
                                       ___ COURT'S MOTION

✓ COURT ADVISED DEFT OF RIGHT TO APPEAL.    ___ I.F.P. GRANTED.

___ DEFT REMANDED.    ___ DEFT ON BAIL PENDING APPEAL.

OTHER: _____